AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 922(g)(1) -
Felon in Possession of a Firearm
(Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

### DEFENDANT - U.S.

► D'MARQUES ANTHONY LUCKETT, and
ANDRE ORLANDO JOHNSON

**DISTRICT COURT NUMBER**

CR 07 0589 PJH

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges    ☐ Fed'l   ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed ____

**DATE OF ARREST** ► 7/25/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►    Month/Day/Year

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    **DEREK R. OWENS**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C., Section 922(g)(1) -
Felon in Possession of a Firearm
(Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DEREK R. OWENS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ D'MARQUES ANTHONY LUCKETT, and
ANDRE ORLANDO JOHNSON,

**DISTRICT COURT NUMBER**
CR 07 0589 PJH

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☑ No   } If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year  7/25/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**CR 07 0589**

UNITED STATES OF AMERICA,

V.

D'MARQUES ANTHONY LUCKETT, and
ANDRE ORLANDO JOHNSON

DEFENDANT.

## INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 13TH day of
September 2007
_____
Clerk

Bail, $ no bail arrest warrants of so or

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 SEP 13 PM 3:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D'MARQUES ANTHONY LUCKETT, and<br>ANDRE ORLANDO JOHNSON,<br><br>Defendants. | CR 07 0589 PJH<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1) – Felon in<br>Possession of Firearm<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

On or about July 25, 2007, in the Northern District of California, the defendant,

D'MARQUES ANTHONY LUCKETT,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Mossberg, 12-gauge shotgun, serial number K734765, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT

| | |
|---|---|
| 1 | COUNT TWO:    18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm |
| 2 | On or about July 25, 2007, in the Northern District of California, the defendant, |
| 3 | ANDRE ORLANDO JOHNSON, |
| 4 | having been previously convicted of a crime punishable by a term of imprisonment exceeding |
| 5 | one year, did knowingly possess a firearm, specifically a Rossi, .38 caliber pistol, serial number |
| 6 | D263344, in and affecting interstate commerce, in violation of Title 18, United States Code, Section |
| 7 | 922 (g)(1). |

DATED:                                          A TRUE BILL.


                                                _____
                                                FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


_____
GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
                      AUSA OWENS

INDICTMENT                                      2