1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov

8  Attorneys for Plaintiff

9

10                          UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )        No. CR 07-0589 PJH
                                     )
14         Plaintiff,                )
                                     )
15      v.                           )        **PETITION FOR AND WRIT OF**
                                     )        **HABEAS CORPUS AD**
16  ANDRE ORLANDO JOHNSON,           )        **PROSEQUENDUM**
                                     )
17         Defendant.                )
    _____)

18

19         To the Honorable Edward M. Chen, United States District Court Judge of the United

20  States District Court for the Northern District of California:

21         The United States of America respectfully petitions the Court to issue a Writ of Habeas

22  Corpus Ad Prosequendum for the prisoner ANDRE ORLANDO JOHNSON, whose place of

23  custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers

24  that the prisoner is required to appear in the above-entitled matter in this Court, and

25  //

26  //

27  //

28  //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0589 PJH

1  therefore petitioner requests that this Court issue the Writ as presented.

2

3  DATED: October 12, 2007                    Respectfully submitted,

4                                             SCOTT N. SCHOOLS
                                              United States Attorney

5

6                                                  /s/ Derek Owens
                                              _____
7                                             DEREK R. OWENS
                                              Assistant United States Attorney
8

9  IT IS SO ORDERED.

10

11  DATED:

12                                            _____
                                              HON. EDWARD M. CHEN
13                                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0589 PJH

1 **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2 To:  Federico Rocha, United States Marshal for the Northern District of California; any of his

3 authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of

4 Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460.

5

6 **GREETINGS**

7 WE COMMAND that on November 9, 2007, at 9:30 p.m., you have and produce the

8 body of ANDRE ORLANDO JOHNSON, California Department of Corrections number

9 F11396, in your custody in the above-referenced institution, before the United States District

10 Court in and for the Northern District of California, in the Courtroom of the Honorable Bernard

11 Zimmerman, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so ANDRE

12 ORLANDO JOHNSON may then and there appear for a status appearance upon the charges filed

13 against him in the above-captioned case, and that immediately after said hearing to return him

14 forthwith to the above-referenced institution, or to abide by such order of the above-entitled

15 Court concerning the custody of ANDRE ORLANDO JOHNSON, and to further produce

16 ANDRE ORLANDO JOHNSON at all times necessary until the termination of the proceedings

17 in this Court;

18 WE FURTHER COMMAND that if the prisoner is to be released from custody in the

19 above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States

20 Marshal or any of his authorized deputies pursuant to this writ.

21 WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United

22 States District Court for the Northern District of California.

23

24 DATED:                                          CLERK
                                                   UNITED STATES DISTRICT COURT
25                                                 NORTHERN DISTRICT OF CALIFORNIA

26

27                                                 _____
                                                   DEPUTY CLERK

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0589 PJH