SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0589 PJH |
|     Plaintiff, | |
|     v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ANDRE ORLANDO JOHNSON, | |
|     Defendant. | |

    To the Honorable Edward M. Chen, United States District Court Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ANDRE ORLANDO JOHNSON, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and

//
//
//
//

| | |
|---|---|
| 1 | therefore petitioner requests that this Court issue the Writ as presented. |
| 2 | |
| 3 | DATED: October 12, 2007 |

                                          Respectfully submitted,

                                          SCOTT N. SCHOOLS
United States Attorney

/s/ Derek Owens

DEREK R. OWENS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 10/15/07

HON. EDWARD M. CHEN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0589 PJH
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

WE COMMAND that on November 9, 2007, at 9:30 p.m., you have and produce the body of ANDRE ORLANDO JOHNSON, California Department of Corrections number F11396, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Bernard Zimmerman, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so ANDRE ORLANDO JOHNSON may then and there appear for a status appearance upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of ANDRE ORLANDO JOHNSON, and to further produce ANDRE ORLANDO JOHNSON at all times necessary until the termination of the proceedings in this Court;

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                    CLERK
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

                                          _____
                                          DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0589 PJH
3