SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRE ORLANDO JOHNSON,<br><br>    Defendant. | Criminal No. CR 07-0589 PJH<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 28, 2007 TO JANUARY 16, 2008** |

     The parties appeared before the Honorable Phyllis J. Hamilton on November 28, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 28, 2007 to January 16, 2008, in light of the need for the preparation of a pre-plea presentence criminal history report by the United States Probation Office and for defense counsel review of video and audio discovery with his client and for continuity of counsel. Failure to grant the requested continuance would deny defense counsel reasonable time

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0589 PJH**

necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant, and the need for continuity of counsel.

      2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 28, 2007 to January 16, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 28, 2007 to January 16, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

      IT IS SO STIPULATED.

DATED: 11/30/07

                                      /s/
                           MICHAEL HINCKLEY
                           Counsel for Andre Orlando Johnson

DATED: 11/29/07

                                      /s/
                           WENDY THOMAS
                           Special Assistant U.S. Attorney

      IT IS SO ORDERED.

DATED: 12/3/07



THE _____ TON
United
Judge Phyllis J. Hamilton
IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0589 PJH**                    2