STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
ANDRE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRE JOHNSON,<br><br>　　　　Defendant.<br>_____/ | Case No. CR 07-0589 PJH<br><br>STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE HEARING DATE |

　　　　Defendant ANDRE JOHNSON, by and through his counsel Michael L. Hinckley and Assistant United States Derek R. Owens, hereby stipulate and agree to continue the scheduled hearing date in the above entitled matter from January 16, 2008 at 1:30 p.m. to January 31, 2008 at 1:30 p.m. for change of plea. The parties recently received a pre-plea presentence report prepared by United States Probation. This brief continuance is requested as additional time is needed to research the findings, advise the defendant, and finalize the language of the plea agreement.

///

///

///

IT IS SO STIPULATED.

Dated: 1/11/08 .    /s/
MICHAEL L. HINCKLEY
Attorney for Defendant
ANDRE JOHNSON

Dated: 1/11/08 .    /s/
DEREK R. OWENS
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant ANDRE JOHNSON'S court date is hereby continued from January 16, 2008 at 1:30 p.m. to January 31, 2008 at 1:30 p.m. for change of plea.

**IT IS SO ORDERED.**

Dated: .    
HON. PHYLLIS J. HAMILTON
United States District Court Judge

- 2 -