```
STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
ANDRE JOHNSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0589 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: TO CONTINUE HEARING DATE |
| vs. | |
| ANDRE JOHNSON, | |
| Defendant. | |
| _____ / | |

Defendant ANDRE JOHNSON, by and through his counsel Michael L. Hinckley and Assistant United States Derek R. Owens, hereby stipulate and agree to continue the scheduled hearing date in the above entitled matter from January 16, 2008 at 1:30 p.m. to January ~~31~~ 30, 2008 at 1:30 p.m. for change of plea. The parties recently received a pre-plea presentence report prepared by United States Probation. This brief continuance is requested as additional time is needed to research the findings, advise the defendant, and finalize the language of the plea agreement.

///

///

///

- 1 -

IT IS SO STIPULATED.

Dated: 1/11/08 .          /s/
                          MICHAEL L. HINCKLEY
                          Attorney for Defendant
                          ANDRE JOHNSON

Dated: 1/11/08 .          /s/
                          DEREK R. OWENS
                          Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant ANDRE JOHNSON'S court date is hereby continued from January 16, 2008 at 1:30 p.m. to January 34 30, 2008 at 1:30 p.m. for change of plea.

**IT IS SO ORDERED.**

Dated: January 14, 2008 .

HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 2 -