STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
ANDRE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0589 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE HEARING DATE |
| vs. | |
| ANDRE JOHNSON, | |
| Defendant. | |

Defendant ANDRE JOHNSON, by and through his counsel Michael L. Hinckley and Assistant United States Derek R. Owens, hereby stipulate and agree to continue the scheduled hearing date in the above entitled matter from January 30, 2008 at 1:30 p.m. to February 13, 2008 at 1:30 p.m. for change of plea. The parties have negotiated a proposed disposition in this case. A copy of the plea agreement is being submitted to the Court for review.

This brief and final continuance is requested to provide Mr. Johnson and opportunity to discuss the terms of the disposition with his family with whom he is very close. Mr. Johnson has attempted to contact them several times by telephone but has been unable to due difficulties with the telephones in the Glenn Dyer facility. The requested continuance will allow his family to visit in person on the weekend.

///

///

IT IS SO STIPULATED.

Dated: 1/28/08 .       /s/
                       _____
                       MICHAEL L. HINCKLEY
                       Attorney for Defendant
                       ANDRE JOHNSON

Dated: 1/28/08 .       /s/
                       _____
                       DEREK R. OWENS
                       Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant ANDRE JOHNSON'S court date is hereby continued from January 30, 2008 at 1:30 p.m. to February 13, 2008 at 1:30 p.m. for change of plea.

**IT IS SO ORDERED.**

Dated: _____ .    _____
                                HON. PHYLLIS J. HAMILTON
                                United States District Court Judge