1  STIGLICH & HINCKLEY, LLP
   MICHAEL L. HINCKLEY (CSBN: 161645)
2  The CaCDS Building
   502 Seventh Street
3  San Francisco, California 94103
   Tel: 415.865.2539
4  Fax: 415.865.2538

5  Attorney for Defendant
   ANDRE JOHNSON

6

                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10

    UNITED STATES OF AMERICA,              Case No. CR 07-0589 PJH
11
              Plaintiff,                   STIPULATION AND [PROPOSED]
12                                         ORDER RE: TO CONTINUE HEARING
                                           DATE
13       vs.

14  ANDRE JOHNSON,

15            Defendant.

16  _____/

17       Defendant ANDRE JOHNSON, by and through his counsel Michael L. Hinckley and

18  Assistant United States Derek R. Owens, hereby stipulate and agree to continue the scheduled

19  hearing date in the above entitled matter from January 30, 2008 at 1:30 p.m. to February 13,

20  2008 at 1:30 p.m. for change of plea.  The parties have negotiated a proposed disposition in this

21  case.  A copy of the plea agreement is being submitted to the Court for review.

22       This brief and final continuance is requested to provide Mr. Johnson and opportunity to

23  discuss the terms of the disposition with his family with whom he is very close.  Mr. Johnson has

24  attempted to contact them several times by telephone but has been unable to due difficulties with

25  the telephones in the Glenn Dyer facility.  The requested continuance will allow his family to

26  visit in person on the weekend.

27  ///

28  ///

1  IT IS SO STIPULATED.

3  Dated: 1/28/08  .         /s/
                              MICHAEL L. HINCKLEY
4                             Attorney for Defendant
                              ANDRE JOHNSON

6  Dated: 1/28/08  .         /s/
7                             DEREK R. OWENS
                              Assistant United States Attorney

10                            **ORDER**

11  Pursuant to stipulation, Defendant ANDRE JOHNSON'S court date is hereby continued

12  from January 30, 2008 at 1:30 p.m. to February 13, 2008 at 1:30 p.m. for change of plea.

13  **IT IS SO ORDERED.**

15  Dated: 1/29/08  .

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA