UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

Date: **February 13, 2008**          JUDGE: Phyllis J. Hamilton

Case No: **CR-07-589 PJH**

Case Name:   UNITED STATES   v.   ANDRE ORLANDO JOHNSON (C)

**Attorney for Plaintiff:**     Derek Owens
**Attorney for Defendant:**   Mike Hinkley

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Kathy Wyatt

### PROCEEDINGS

    Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to count two of the indictment. The plea is accepted by the court and the defendant is adjudged guilty of the offense. The defendant is referred to the probation office to conduct a presentence investigation.

**CASE CONTINUED TO: April 30, 2008 at 1:30 p.m. for Sentencing.**

cc: chambers