MICHAEL L. HINCKLEY
CSBN: 161645
STIGLICH & HINCKLEY, LLP
1306 Pine Street
Walnut Creek, California 94596
Tel (DIR): 415.706.1386
Fax: 925.944.7079

Attorneys for Defendant
ANDRE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-0589-2 PJH |
| Plaintiff, | DEFENDANT ANDRE JOHNSON'S SENTENCING MEMORANDUM |
| vs. | Date: April 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: Hon. Phyllis J. Hamilton |
| ANDRE JOHNSON, | |
| Defendant. | |

Defendant ANDRE JOHNSON, by and through his attorney of record Michael L. Hinckley, herein requests the Court sentence Mr. Johnson to a term of imprisonment of 46 months. This sentence is based on the appropriate application of the United States Sentencing Guidelines, Title18 U.S.C. Section 3553(a), and has been recommended by the Probation Office and agreed upon by the parties.

It is further requested the Court recommend to the Bureau of Prisons that Mr. Johnson participate in the BOP 500 hour residential drug treatment program and that he be designated to a facility in California to facilitate family visits.

///

///

Law Offices
Stiglich & Hinckley

SENTENCING MEMORANDUM CR-07-00589-02 PJH

1    This sentencing memorandum is based on all the pleadings and files in this matter and
2    such further evidence and argument as may be presented.

3    DATED: April 23, 2008                    Respectfully submitted,
4
                                              STIGLICH & HINCKLEY, LLP
5
6                                             /s/ Michael L. Hinckley
                                    By:       _____
7                                             MICHAEL L. HINCKLEY
                                              Attorneys for Defendant
8                                             ANDRE JOHNSON

Law Offices
Stiglich & Hinckley

SENTENCING MEMORANDUM CR-07-00589-02 PJH                                                2

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596. On 4/23/08, I personally served a copy of the attached on the following:

        Christina Carrubba
        United States Probation Officer
        Fax: (415) 436-7572

        AUSA Derek Owens
        Office of the United States Attorney
        Fax:415-436-7234

I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/23/08, at Walnut Creek, California.

        /s/ Michael Hinckley