MICHAEL L. HINCKLEY
CSBN: 161645
STIGLICH & HINCKLEY, LLP
1306 Pine Street
Walnut Creek, California 94596
Tel (DIR): 415.706.1386
Fax: 925.944.7079

Attorneys for Defendant
ANDRE JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE JOHNSON,<br><br>    Defendant.<br>_____/ | Case No. CR-07-0589-2 PJH<br><br>DEFENDANT ANDRE JOHNSON'S SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>Date: April 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: Hon. Phyllis J. Hamilton |

    The defense has received and reviewed the government's sentencing memorandum and agrees with the government's conclusion that the requested 46 months imprisonment is a substantial custodial sentence. The defense similarly agrees with the Government and Probation Office that 46 months is the appropriate sentence.

    This requested period of imprisonment in a derived from a straight guidelines calculation which expressly provides significant increases in the period of incarceration based on the factors mentioned by the government in its pleading. Specifically, these factors are Mr. Johnson's prior record (Criminal History Category V), the fact that he was recently released from custody and on parole at the time of the offense (3 additional levels via 4A1.1(d) and (e)), and the fact that he has one prior serious felony conviction (6 additional levels via 2K2.1(a)(4)(A)).

Mr. Johnson's criminal record, which is largely made up of theft related offenses, reflects that the fact that he has been suffering from a significant substance abuse problem for sometime. As reflected in the PSR, Mr. Johnson's struggle with drug and alcohol dependance began when he was a preteen and has continued, and progressed, to today.

Mr. Johnson realizes that he needs to change his life and that the change must start with addressing his addiction. Notably, as reflected in the PSR, Mr. Johnson has taken great strides down this path already. As the Court is aware, Mr. Johnson accepted responsibility in this case shortly after his arrest in a statement given to law enforcement, he pleaded guilty very shortly after being brought into this case, and has spoken open and honestly with pretrial services about his situation and his need for change and for drug treatment. He has also sincerely accepted responsibility and has apologized for his conduct.

It is also worthy of note that Mr. Johnson has several factors which bode well for his success in rehabilitation: (1) this will be his first true attempt at sobriety and treatment; (2) he has the strong support of his mother and grandmother both of whom are excited about what they see is a clear change in attitude and are eager to assist him in his efforts; and (3) notwithstanding the rocky road which he has traveled in his youth, he has always understood the importance of education. Indeed, he has been able to achieve and maintain passing marks, graduate, and earn his high school diploma. In sum, he has a proven ability to achieve and succeed in a productive way and is committed to do so now.

To facilitate his recovery, it is requested the Court recommend to the Bureau of Prisons that Mr. Johnson participate in the BOP 500 hour residential drug treatment program and that he be designated to a facility in California to facilitate family visits.

Accordingly, the defense herein requests the Court sentence Mr. Johnson to a term of imprisonment of 46 months. This sentence is based on the appropriate application of the United States Sentencing Guidelines, Title18 U.S.C. Section 3553(a), and has been recommended by the Probation Office and agreed upon by the parties.

///

1     This supplemental sentencing memorandum is based on all the pleadings and files in this
2 matter and such further evidence and argument as may be presented.

3 DATED: April 29, 2008            Respectfully submitted,

4                                        STIGLICH & HINCKLEY, LLP

5

6                                        /s/ Michael L. Hinckley
                       By: _____

7                                        MICHAEL L. HINCKLEY
                                       Attorneys for Defendant
8                                        ANDRE JOHNSON

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596. On 4/29/08, I personally served a copy of the attached on the following:

> Christina Carrubba
> United States Probation Officer
> Fax: (415) 436-7572
>
> AUSA Derek Owens
> Office of the United States Attorney
> Fax:415-436-7234

I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/29/08, at Walnut Creek, California.

/s/ Michael Hinckley