UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 30, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-589 PJH

**Case Name:** UNITED STATES v. ANDRE ORLANDO JOHNSON (C)

**Attorney for Plaintiff:** Derek Owens
**Attorney for Defendant:** Mike Hinkley

**Deputy Clerk:** Nichole Heuerman           **Court Reporter:** Joan Columbini

**Probation:** Christina Carrubba

**PROCEEDINGS**

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 46 months; 3 years supervised release with the following special conditions: 1) defendant shall pay any special assessment that is imposed 2) defendant shall participate in a program of testing and treatment for drug abuse 3) defendant shall submit to a search 4) defendant shall have no contact with any co-defendant 5) defendant shall not own or possess any firearms, ammunition, destructive devices or other dangerous weapons and 6) defendant shall cooperate in the collection of DNA. The defendant shall pay a special assessment in the amount of $100.00; due immediately. If the defendant is not able to pay the special assessment immediately then it shall be paid through the BOP Inmate Financial Responsibility Program.

The court to make a recommendation to the Bureau of Prisons that the defendant participate in the 500 hour residential drug treatment program and be designated to a facility (if 500 hour drug program is available) as close to Northern California as possible to facilitate family visits.

**cc:** chambers