United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRE ORLANDO JOHNSON,

Defendant.

Case No.: CR 07-00589-2 PJH (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On February 13, 2008, Defendant Andre Orlando Johnson pled guilty to one violation of 18 U.S.C. § 922(g) (felon in possession of a firearm), a class D felony. He was sentenced to, among other things, 46 months of custody, 3 years of supervised release, and a special assessment of $100. Defendant has been on supervised release since February 9, 2011.

Defendant has 7 prior Forms 12. The Form 12 Petition presently before the Court contains 6 charges and alleges that Defendant violated the following conditions of his supervised release: that he not commit another federal, state or local crime[1]; that he shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer; that he shall refrain from excessive use of alcohol; that he shall refrain from any unlawful use of a controlled substance; and that he shall participate in a program of testing and treatment of drug abuse as directed by the probation officer.

At the February 7, 2014 hearing before this Court, following proffers from the government, Defendant, who was in custody and represented by Michael Hinkley, waived his

---

[1] Charge numbers 1 and 6 allege that Defendant committed another federal, state or local crime.

1

1  right to proffer information at a detention hearing. Assistant United States Attorney Garth Hire

2  appeared on behalf of the United States.  Probation officer Octavio Magana was also present.

3      The Court hereby detains Defendant pending trial in this matter, but because he has

4  waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising

5  relevant information at a later hearing, the Court orders that the hearing may be reopened at

6  Defendant's request at any future time.

7      Defendant shall remain committed to the custody of the Attorney General for confinement

8  in a corrections facility separate, to the extent practicable, from persons awaiting or serving

9  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

10  opportunity for private consultation with counsel.  On order of a court of the United States or on

11  request of an attorney for the Government, the person in charge of the corrections facility in

12  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of

13  an appearance in connection with a court proceeding.

14      IT IS SO ORDERED.

15  Dated: February 7, 2014

16  

17  KANDIS A. WESTMORE
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28